IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARSHON EUGENE DEMONS,
    Petitioner,

vs.                            Case No.:  3:03cv353/LAC/EMT

JAMES V. CROSBY, JR.,
    Respondent.

---

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 19, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed.

    Having considered the report and recommendation, and objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  The petition for writ of habeas corpus (Doc. 1) is **DENIED with prejudice**.

    **DONE AND ORDERED** this 7th day of June, 2005.

                                    *s/L.A. Collier*
                                    **LACEY A. COLLIER**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**